J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A P.C.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff Warner Bros. Entertainment Inc.

Robert P. Andris (SBN 130290)
*randris@rmkb.com*
Lael D. Andara (SBN 215416)
*landara@rmkb.com*
Ropers, Majeski, Kohn & Bentley
1001 Marshall Street, Suite 300
Redwood City, California 94063
Telephone:  (650) 364-8200
Facsimile:   (650) 780-1701

Attorneys for Defendants Brian Kushner, an individual and d/b/a TVMerch.com, and Power Star Collectibles, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Brian Kushner, an individual and d/b/a TVMerch.com; Power Star Collectibles, Inc.; and Does 1 – 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV10-146 RSWL (Ex)<br><br>CONSENT DECREE PURSUANT TO STIPULATION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree that has been executed on behalf of Plaintiff Warner Bros. Entertainment Inc. (collectively "Plaintiffs"), on the one hand, and Defendants Brian Kushner, an individual and d/b/a TVMerch.com, and Power Star Collectibles, Inc.

Warner Bros. v. Kushner, et al.:  Stipulated Consent Decree    - 1 -

(collectively "Defendants"), on the other hand, and good cause appearing therefor, hereby:

ORDERS that this Consent Decree shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 et seq., 17 U.S.C. § 501, 15 U.S.C. § 1051 et seq., 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338, and 28 U.S.C. § 1367. Service of process was properly made against Defendants, and each of them.

2) Plaintiff is the owner of all rights in and to the copyright and trademark registrations listed in Exhibits "A" and "B", attached hereto and incorporated herein by this reference, and the copyrights and trademarks associated with the same (collectively referred to herein as "Plaintiff's Properties.")

3) Plaintiff has expended considerable resources in the creation and commercial exploitation of Plaintiff's Properties on merchandise such as clothing and other products, and in the enforcement of their intellectual property rights in Plaintiff's Properties.

4) Plaintiff has alleged that the Defendants, and each of them, have made unauthorized uses of Plaintiff's Properties or substantially similar likenesses or colorable imitations thereof.

5) The Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from:

    a) Infringing Plaintiff's copyrights and trademarks in Plaintiff's Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, offering for sale, any unauthorized product which features any of Plaintiff's Properties ("Unauthorized Products"), and, specifically:

b) Importing, manufacturing, distributing, advertising, selling, offering for sale, the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Properties;

c) Importing, manufacturing, distributing, advertising, selling, offering for sale, renting or offering to rent in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiff's Properties;

d) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, the Defendants' customers and/or members of the public to believe, the actions of the Defendants, the products sold by Defendants, or the Defendants themselves are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are affiliated with Plaintiff;

e) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, selling, offering for sale, or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

6) Each side shall bear its own fees and costs of suit.

7) This Consent Decree shall be deemed to have been served upon Defendants, and each of them, at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Consent Decree and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree against Defendants.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Decree.

Dated: December 3, 2010

**RONALD S.W. LEW**
_____
Hon. Ronald S. W. Lew
Judge, United States District Court for the Central District of California

Presented By:

J. Andrew Coombs, A Prof. Corp.

By: _____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Warner Bros. Entertainment Inc.

Ropers, Majeski, Kohn & Bentley

By: _____
    Robert P. Andris
    Lael D. Andara
Attorney for Defendants Brian Kushner, an individual and d/b/a TVMerch.com, and Power Star Collectibles, Inc.

# EXHIBIT A

| Copyright Registration Number: | Title of Work: | Author of Work: |
|---|---|---|
| PA 1-622-014 | Supernatural (Pilot) | Warner Bros. Entertainment Inc. |
| PA 1-622-006 | Supernatural: Wendigo | Warner Bros. Entertainment Inc. |
| PA 1-659-463 | Gossip Girl: Pilot | Warner Bros. Entertainment Inc. |
| PA 1-659-428 | Gossip Girl: The Wild Brunch | Warner Bros. Entertainment Inc. |

## EXHIBIT B

| Trademark | Registration Number | Registration Date |
|---|---|---|
| Supernatural (International Class 9) | 3,188,347 | December 19, 2006 |
| Supernatural (International Class 41) | 3,354,664 | December 11, 2007 |